IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

In re:                                         *

BEYOND THE LABEL, LLC              *        Case No: 13-15048-NVA
                                                              (Chapter 7)

    Debtor                                 *

     *    *    *    *    *    *    *    *    *    *    *    *

<u>AFFIDAVIT OF SERVICE</u>

       I HEREBY CERTIFY that on the 26th day of March 2013, a copy of the Involuntary Petition, along with the Summons to Debtor in Involuntary Case, was mailed first class, postage prepaid and sent by electronic mail (if noted) to:

Beyond the Label, LLC dba Big Fish
13550 Triadelphia Mill Road
Clarksville, Maryland  21029

Beyond the Label, LLC dba Big Fish
7600 Energy Parkway
Baltimore, Maryland  21226

Beyond the Label, LLC
c/o James M. Greenan, Resident Agent
(by e-mail to jgreenan@mhlawyers.com)
6411 Ivy Lane, Suite 200
Greenbelt, Maryland  20770

Gary R. Greenblatt, Esquire
(by e-mail to grgreen@mehl-green.com)
Mehlman, Greenblatt & Hare, LLC
208 East Dover Street
Second Floor, Suite 1
Easton, Maryland  21601

Office of the U.S. Trustee
101 West Lombard Street
Baltimore, Maryland  21201

          /s/ Pattiann Gerber Gómez
Pattiann Gerber Gómez, Paralegal
Yumkas, Vidmar & Sweeney, LLC
2530 Riva Road, Suite 400
Annapolis, Maryland  21401
(443) 569-0754
pgomez@yvslaw.com