B6 Summary (Official Form 6 - Summary) (12/07)

.

# United States Bankruptcy Court
## District of Maryland

In re  **Beyond the Label, LLC**_____,  Case No. ___**13-15048-NVA**_____

                                                    Debtor

                                                    Chapter_____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 576,271.02 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 162,282.17 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 9,445.66 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 21 | | 1,332,782.35 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 31 | | | |
| Total Assets | | | 576,271.02 | | |
| Total Liabilities | | | | 1,504,510.18 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court

## District of Maryland

In re   **Beyond the Label, LLC**

Debtor

,

Case No.   **13-15048-NVA**

Chapter   **7**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re   **Beyond the Label, LLC**                                               ,   Case No.   __13-15048-NVA__
Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

|  | | Sub-Total > | 0.00 | (Total of this page) |
|---|---|---|---|---|
|  | | Total > | 0.00 | |

__0__   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re  **Beyond the Label, LLC**                                          ,  Case No.  **13-15048-NVA**
_____
                                                                Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | | **Petty cash** | - | 17.99 |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Eagle Bank checking account**<br><br>**Summit reserve account** | -<br><br>- | 1,424.32<br><br>14,238.78 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | | **Security deposit held by Merritt** | - | 6,249.33 |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | X | | | |
| 7. | Furs and jewelry. | X | | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Return premiums owed on account of CNA commercial general liability, automobile, umbrellas and workers compensation** | - | Unknown |
| 10. | Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >       **21,930.42**
(Total of this page)

___3___  continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Beyond the Label, LLC**                                      ,    Case No.    **13-15048-NVA**
                                               Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Face amount of accounts receivable totaling $261,595.72 (detailed aging report provided to trustee), with 50% deduction for collectibility** | - | 130,797.85 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >          130,797.85
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **Beyond the Label, LLC**                                    ,   Case No.   **13-15048-NVA**
Debtor

<h1 align="center">SCHEDULE B - PERSONAL PROPERTY</h1>
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Causes of action, including copyright infringement, against Melissa Van Hise, former CEO of debtor, arising from her alleged sales of copyrighted art owned by the debtor both before and after the filing of the petition** | - | **Unknown** |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | **Website - www.bigfishart.com** | - | **Unknown** |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Detailed schedule provided to chapter 7 trustee (market value shown is based upon balance sheet value of $17,518.19, less accumulated depreciation of $7,778.87, less deduction of 50% for liquidation value)** | - | **4,869.66** |
| | | **Detailed schedule of computer equipment provided to chapter 7 trustee (market value shown is based upon balance sheet value of $25,295.90, less accumulated depreciation of $672.00, less deduction of 50% for liquidation value)** | - | **12,311.95** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Detailed schedule provided to chapter 7 trustee (market value shown is based upon balance sheet value of $28,112.65, less accumulated depreciation of $18,135.13, less deduction of 50% for liquidation)** | - | **4,988.76** |

Sub-Total >    <b>22,170.37</b><br>(Total of this page)

Sheet  __2__  of  __3__  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Beyond the Label, LLC**                                                    , Case No.   **13-15048-NVA**
Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 30. Inventory. | | **Based upon balance sheet values for inventory as follows: framing materials of $363,143.20, prints of $269,298.96, inventory of $389.39, finished goods of $161,948.42 and Las Vegas inventory of $7,964.69, less 50% for liquidation value)** | - | 401,372.38 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | 401,372.38 |
| (Total of this page) | |
| Total > | 576,271.02 |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

**B6D (Official Form 6D) (12/07)**

In re __**Beyond the Label, LLC**_____,    Case No. ___**13-15048-NVA**_____
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxx-x2001** <br><br>**Eagle Bank** <br>**7830 Old Georgetown Road** <br>**Bethesda, MD 20814** | X | - | 06/11 <br><br>**Third lien** <br><br>**Blanket lien on all assets of debtor** <br><br> Value $  1,130,611.64 | | | | 24,056.21 | 0.00 |
| Account No. **xxxxxxxxxx-x2001** <br><br>**Eagle Bank** <br>**7830 Old Georgetown Road** <br>**Bethesda, MD 20814** | | - | 06/11 <br><br>**Second lien** <br><br>**Blanket lien on all assets of debtor** <br><br> Value $  1,130,611.64 | | | | 49,801.84 | 0.00 |
| Account No. <br><br>**Summit Financial Resources** <br>**2455 East Parleys Way, Suite 200** <br>**Salt Lake City, UT 84109** | X | - | 09/10 <br><br>**First lien** <br><br>**Blanket lien on all assets of debtor** <br><br> Value $  1,130,611.64 | | | | 88,424.12 | 0.00 |
| Account No. <br><br><br><br> | | | <br><br><br><br> Value $ | | | | | |

__0__ continuation sheets attached

| | | |
|---|---|---|
| Subtotal <br>(Total of this page) | 162,282.17 | 0.00 |
| Total <br>(Report on Summary of Schedules) | 162,282.17 | 0.00 |

B6E (Official Form 6E) (4/13)

In re    **Beyond the Label, LLC** _____,    Case No. ____13-15048-NVA_____
                                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts _not_ entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

_* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

____1____ continuation sheets attached

B6E (Official Form 6E) (4/13) - Cont.

In re  **Beyond the Label, LLC**                                    ,   Case No.   **13-15048-NVA**
                          Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. **xx-xxx9839**<br><br>**Internal Revenue Service**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101-7346** | - | 2010<br><br>FUTA | | | | | | 1,342.14 | 0.00<br><br>1,342.14 |
| Account No. **xxxx4025**<br><br>**State of Maryland**<br>**Sales and Use Tax Division**<br>**301 W. Preston Street, Room 409**<br>**Baltimore, MD 21201** | - | 03/13<br><br>Sales and use tax | | | | | | 1,726.87 | 0.00<br><br>1,726.87 |
| Account No.<br><br>**State of Maryland**<br>**Comptroller of Treasury**<br>**Compliance Division**<br>**110 Carroll Street**<br>**Annapolis, MD 21411** | - | 03/13<br><br>Withholding taxes | | | | | | 3,993.26 | 0.00<br><br>3,993.26 |
| Account No.<br><br>**State of Maryland**<br>**Unemployment Insurance Fund**<br>**P.O. Box 1844**<br>**Baltimore, MD 21203** | - | 2011<br><br>SUTA | | | | | | 2,383.39 | 0.00<br><br>2,383.39 |
| Account No. | | | | | | | | | |

Sheet  **1**  of  **1**   continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | 0.00<br>9,445.66 | 9,445.66 |
| Total<br>(Report on Summary of Schedules) | 0.00<br>9,445.66 | 9,445.66 |

B6F (Official Form 6F) (12/07)

In re   **Beyond the Label, LLC**          ,     Case No.   **13-15048-NVA**
                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **A. D. Lines-Euro Group Inc.** <br> **200 Main Street** <br> **Unit 2 E-F** <br> **Monroe, CT 06468** | - | | | | | | 43.75 |
| Account No. <br><br> **Alan E. Capps** <br> **1584 Eton Way** <br> **Crofton, MD 21114** | | | | | | | 3,107.18 |
| Account No. <br><br> **Amy K. Van Meter** <br> **1719 Spates Hil Road** <br> **Poolesville, MD 20837** | - | | | | | | 280.00 |
| Account No. <br><br> **Anne Arundel County** <br> **P. O. Box 427** <br> **Annapolis, MD 21404** | - | | | | | | 4,351.59 |
| | | | Subtotal <br> (Total of this page) | | | | 7,782.52 |

  **20**  continuation sheets attached

B6F (Official Form 6F) (12/07) - Cont.

In re    **Beyond the Label, LLC**                                          ,        Case No.    **13-15048-NVA**
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Arnold's Factory Supplies Inc.** 3101 Washington Blvd. Baltimore, MD 21230 | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **Attis E. Crowe** 4520 Vickery Chapel Road N Jamestown, NC 27282 | - | | | | | | 2,250.00 |
| Account No. | | | | | | | |
| **Automated Fastening Systems** 5700-F Sunnyside Avenue Beltsville, MD 20705 | - | | | | | | 495.05 |
| Account No. | | | | | | | |
| **Baltimore Gas & Electric** P. O. Box 13070 Philadelphia, PA 19101 | - | | | | | | 20,665.43 |
| Account No. | | | | | | | |
| **Beltway Office Solutions** 8970 Old Annapolis Road Suite E-1 Columbia, MD 21045 | - | | | | | | 413.51 |

Sheet no. __1__ of __20__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)                    23,823.99

B6F (Official Form 6F) (12/07) - Cont.

In re   **Beyond the Label, LLC**                                              ,     Case No.   **13-15048-NVA**
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Bentley Publishing Group<br>11100 Metric Blvd.<br>Suite 100<br>Austin, TX 78758** | - | | | | | | 0.00 |
| Account No.<br><br>**Berkman-Zagranichng<br>25 Crossroads Drive<br>Suite 320<br>Owings Mills, MD 21117** | - | | | | | X | 18,500.00 |
| Account No.<br><br>**Bianci Group<br>P. O. Box 99723<br>Seattle, WA 98139** | - | | | | | | 279.55 |
| Account No.<br><br>**Brandwise Technology<br>12596 W. Bayaud Avenue Ste. 100<br>Denver, CO 80228** | - | | | | | | 300.00 |
| Account No.<br><br>**C&J Sales Inc.<br>116 Thornwood Drive<br>Marlton, NJ 08053** | - | | | | | | 1,053.61 |

Sheet no. __2___ of __20__ sheets attached to Schedule of                                    Subtotal                20,133.16
Creditors Holding Unsecured Nonpriority Claims                                        (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re __Beyond the Label, LLC_____,    Case No. ___13-15048-NVA_____
                                                      Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | | | | | |
| Canadian Art Prints 110-6311 Westminster Highway Richmond BS Canada V7C4V4 | - | | | | | | | | 757.67 |
| Account No. | | | | | | | | | |
| Cantwell-Cleary Co. Inc. 1112-18 Wilso Drive Baltimore, MD 21223 | - | | | | | | | | 82.10 |
| Account No. | | | | | | | | | |
| Carefirst Bluechoice P. O. Box 79749 Baltimore, MD 21279 | - | | | | | | | | 523.00 |
| Account No. | | | | | | | | | |
| Cavalier Business P. O. Box 9001111 Louisville, KY 40290 | - | | | | | | | | 4,752.32 |
| Account No. | | | | | | | | | |
| Christina Soucie 1001 Dnegal SE Smyrna, GA 30080 | - | | | | | | | | 6,462.00 |

Sheet no. __3___ of __20__ sheets attached to Schedule of                    Subtotal                12,577.09
Creditors Holding Unsecured Nonpriority Claims                         (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Beyond the Label, LLC**                                   ,    Case No.    **13-15048-NVA**
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Clicart, Inc.** <br> **700 Taschereau** <br> **Sainte-Theresa, Quebec** <br> **J7E4E1 Can** | - | | | | | | 0.00 |
| Account No. <br><br> **CMI Moulding** <br> **4100 Star Point** <br> **Burtonsville, MD 20866** | - | | | | | | 1,196.96 |
| Account No. <br><br> **CNA Insurance** <br> **P. O. Box 382033** <br> **Pittsburgh, PA 15250** | - | | | | | | 3,470.43 |
| Account No. <br><br> **Commercial Wagner Inc.** <br> **4101 Ashland Avenue** <br> **Baltimore, MD 21205** | - | | | | | | 9,991.05 |
| Account No. <br><br> **Coverall Service Company** <br> **8860 Columbia 100 Parkway** <br> **Suite 401** <br> **Columbia, MD 21045** | - | | | | | | 392.20 |

Sheet no. __4__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

15,050.64

B6F (Official Form 6F) (12/07) - Cont.

In re    **Beyond the Label, LLC**
_____,    Case No. ___**13-15048-NVA**___
                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Crystal Springs** **P. O. Box 660579** **Dallas, TX 75266** | | - | | | | | 48.76 |
| Account No. | | | | | | | |
| **Daniel King** **P. O. Box 50315** **Nashville, TN 37205** | | - | | | | | 557.10 |
| Account No. | | | | | | | |
| **DLS Worldwide** **P. O. Box 730440** **Dallas, TX 75373** | | - | | | | | 33,844.93 |
| Account No. | | | | | | | |
| **EZCOM Software, Inc.** **25 Rockwood Place** **Suite 420** **Englewood, NJ 07631** | | - | | | | | 600.00 |
| Account No. | | | | | | | |
| **Farmer Entrepreneur Business** **P. O. Box 33842** **Denver, CO 80233** | | - | | | | | 301.80 |

Sheet no. __5___ of __20__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

35,352.59

B6F (Official Form 6F) (12/07) - Cont.

In re **Beyond the Label, LLC**                                        ,          Case No.    **13-15048-NVA**
                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| FedEx P. O. Box 371461 Pittsburgh, PA 15250 | - | | | | | | | 3.26 |
| Account No. | | | | | | | | |
| FedEx Freight P. O. Box 223125 Pittsburgh, PA 15251 | - | | | | | | | 28.00 |
| Account No. | | | | | | | | |
| Felix Rosenthiel's Widow 33-35 Markham Street Chelsea Green, London SW33NR,, UK | - | | | | | | | 2,426.77 |
| Account No. | | | | | | | | |
| Framerica 2 Todd Court Yaphank, NY 11980 | - | | | | | | | 2,416.54 |
| Account No. | | | | | | | | |
| Frameware Inc. 25 Sherwood Lane Fairfield, NJ 07004 | - | | | | | | | 24.50 |

Sheet no. __6__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **4,899.07**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Beyond the Label, LLC**                                              ,       Case No.   **13-15048-NVA**
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| General Glass Int'l Corp. 101 Venture Way Secaucus, NJ 07094 | | - | | | | | | 3,499.99 |
| Account No. | | | | | | | | |
| Gerald Green 1304 Huntsman Lane Gladwyne, PA 19035 | | - | | | | | | 10,589.21 |
| Account No. | | | | | | | | |
| Gould & Associates LLC P. O. Box 62403 Phoenix, AZ 85082 | | - | | | | | | 11,515.38 |
| Account No. | | | | | | | | |
| Gregory Kornegay 249 Bradley Drive Benson, NC 27504 | | - | | | | | | 644.25 |
| Account No. | | | | | | | | |
| Gwen Moss Brush 1 Coburn Road Hopkinton, MA 01748 | | - | | | | | | 1,315.82 |

Sheet no. _7_ of _20_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **27,564.65**

B6F (Official Form 6F) (12/07) - Cont.

In re __Beyond the Label, LLC__ _____ ,  Case No. __13-15048-NVA__
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Helen Johnson LLC P. O. Box 6246 Fernandina Beach, FL 32035 | - | | | | | | | 711.66 |
| Account No. | | | | | | | | |
| IHFC Properties LLC P. O. Box 535595 Atlanta, GA 30353 | - | | | | | | | 11,421.12 |
| Account No. | | | | Future rents | | | | |
| IHFC Properties, LLC International Home Furnishings Center 210 E. Commerce Avenue High Point, NC 27260 | - | | | | | | | Unknown |
| Account No. | | | | | | | | |
| Image Impact II 4925 Wyaconda Road Rockville, MD 20852 | - | | | | | | | 7,278.00 |
| Account No. | | | | | | | | |
| Intellicomp Technologies 6609 Reisterstown Road Ste. 201 Baltimore, MD 21215 | - | | | | | | | 9,608.35 |

Sheet no. __8__ of __20__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) __29,019.13__

B6F (Official Form 6F) (12/07) - Cont.

In re __Beyond the Label, LLC_____,    Case No. ___13-15048-NVA_____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Intermol POL.IND EL Oliveral 4 Calle R-Parc 12 Ribarroja Valencia, Spain 46190 | - | | | | | | 22,568.96 |
| Account No. | | | | | | | |
| Jackie Kaldenberg 9677 Trillium Ct. N. Champlin, MN 55316 | - | | | | | | 691.80 |
| Account No. | | | | | | | |
| Jane R. Van Hise 444 Sked Street Pennington, NJ 08534 | - | | | | | | 103,500.00 |
| Account No. | | | | | | | |
| Jeanne Clare and Sales 30460 Greenland Street Livonia, MI 48154 | - | | | | | | 1,021.22 |
| Account No. | | | | | | | |
| Jeffrey Swartout 122 Cedar Road Severna Park, MD 21146 | - | | | | | | 180.58 |

Sheet no. __9___ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

127,962.56

B6F (Official Form 6F) (12/07) - Cont.

In re   **Beyond the Label, LLC**                                                  ,          Case No.   **13-15048-NVA**
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| Josh Hurewitz 6216 Green Meadow Way Baltimore, MD 21209 | - | | | | | | | 45,280.00 |
| Account No. | | | | | | | | |
| Katz Abosch 9690 Deerco Road, Ste. 500 Lutherville Timonium, MD 21093 | - | | | | | | | 2,336.04 |
| Account No. | | | | | | | | |
| Laila's Inc. 7303 E. Danbro Crescent Muasanga ON L5N6P8 CAN | - | | | | | | | 293.20 |
| Account No. | | | | | | | | |
| Laser Line Inc. 1025 W. Nursury Road Linthicum Heights, MD 21090 | - | | | | | | | 279.00 |
| Account No. | | | | | | | | |
| Laser Script 6660 Dobbin Road, Ste. J Columbia, MD 21045 | - | | | | | | | 396.00 |

Sheet no. __10__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **48,584.24**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Beyond the Label, LLC**                                        ,        Case No.    **13-15048-NVA**
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Lynne Rucki & Associates** **P. O. Box 504** **North Truro, MA 02652** | - | | | | | | 662.42 |
| Account No. | | | | | | | |
| **Lyon Capital (Omni)** **2050 N. Stemmons Freeway, Unit 333** **Dallas, TX 75207** | - | | | | | | 9,626.51 |
| Account No. | | | | | | | |
| **M&M Distributors** **P. O. Box 189, Rt. 522** **Tennent, NJ 07763** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **M&S Finishing Company** **250 Ridenhour Road** **Salisbury, NC 28144** | - | | | | | | 338.64 |
| Account No. | | | | | | | |
| **Mahon Plumbing Inc.** **6824 Ft. Smallwood Road Ste. A** **Curtis Bay, MD 21226** | - | | | | | | 198.00 |

Sheet no. __11__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

10,825.57

B6F (Official Form 6F) (12/07) - Cont.

In re   **Beyond the Label, LLC**                                    ,          Case No.   __13-15048-NVA__
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Martha A. Nicewanger** **2640 Lees Road** **Newark, OH 43056** | | - | | | | | 810.81 |
| Account No. | | | | | | | |
| **Maryland Industrial Trucks** **P. O. Box 17321** **Baltimore, MD 21297** | | - | | | | | 1,966.15 |
| Account No. | | | | | | | |
| **Maryland Industrial Trucks Inc.** **1330 W. Nursury Road** **Linthicum Heights, MD 21090** | | - | | | | | 699.63 |
| Account No. | | | | | | | |
| **McNamee Hosea Attorneys At Law** **6411 Ivy Lane, Ste. 200** **Greenbelt, MD 20770** | | - | | | | X | 25,484.74 |
| Account No. | | | Future rents | | | | |
| **Merritt-BR1, LLC** **c/o Merritt Properties, LLC** **2066 Lord Baltimore Drive** **Baltimore, MD 21244** | X | - | | | | | Unknown |

Sheet no. __12__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

28,961.33

B6F (Official Form 6F) (12/07) - Cont.

In re __Beyond the Label, LLC__ _____ ,     Case No. ___13-15048-NVA___
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Merritt-BR1, LLC** c/o Merritt Properties, LLC 2066 Lord Baltimore Drive Baltimore, MD 21244 | - | | | | | | 19,048.81 |
| Account No. | | | | | | | |
| **Michael Boyd & Associates** 240 Peachtree 12-D-6 Atlanta, GA 30303 | - | | | | | | 3,283.83 |
| Account No. | | | | | | | |
| **Michael Londner** 38350 Sleepy Hollow Lane Hamilton, VA 20158 | - | | | | | | 458,937.44 |
| Account No. | | | **Reimbursement of Bank of America credit card obligation** | | | | |
| **Michael Londner** 38350 Sleepy Hollow Lane Hamilton, VA 20158 | - | | | | | | 30,324.30 |
| Account No. | | | | | | | |
| **Moda Dora Gift & Home Ltd** 1933 S. Broadway # 842 Los Angeles, CA 90007 | - | | | | | | 1,208.03 |

Sheet no. __13__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

512,802.41

B6F (Official Form 6F) (12/07) - Cont.

In re     **Beyond the Label, LLC** _____,     Case No.   __13-15048-NVA__
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **New Penn** **625 S. Fifth Avenue** **P. O. Box 630** **Lebanon, PA 17042** | - | | | | | | | 2,010.75 |
| Account No. | | | | | | | | |
| **Nickell Moulding Company, Inc.** **3015 Mobile Drive** **P. O. Box 1502** **Elkhart, IN 46515** | - | | | | | | | 931.04 |
| Account No. | | | | | | | | |
| **North Carolina  Moulding Company** **P. O. Box 1826** **808 Raleugh Road** **Lexington, NC 27292** | - | | | | | | | 1,546.11 |
| Account No. | | | | | | | | |
| **North State Telephone** **P. O. Box 612** **High Point, NC 27261** | - | | | | | | | 10.60 |
| Account No. | | | | | | | | |
| **NVG Wholesale** **2327 Weymouth Lane** **Crofton, MD 21114** | - | | | | | | | 2,086.00 |

Sheet no. __14__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **6,584.50**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Beyond the Label, LLC**                                    ,          Case No.   **13-15048-NVA**
                                                   Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Old World Prints** **2601 Floyd Avenue** **Richmond, VA 23220** | - | | | | | | 2,849.52 |
| Account No. | | | | | | | |
| **Omega Moulding** **1 Saw Grass Drive** **Bellport, NY 11713** | - | | | | | | 10,330.54 |
| Account No. | | | | | | | |
| **Payment Ventures, LLC** **8607 Bradmoor Drive** **Bethesda, MD 20817** | - | | | | | | 380,000.00 |
| Account No. | | | | | | | |
| **Penny Harrison & Co.** **6100 4th Avenue S.** **Suite 433** **Seattle, WA 98101** | - | | | | | | 2,065.09 |
| Account No. | | | | | | | |
| **Peter S. Marcus** **52 Woodland Street** **Natick, MA 01760** | - | | | | | | 96.76 |

Sheet no. __15__ of __20__ sheets attached to Schedule of          Subtotal          |          395,341.91
Creditors Holding Unsecured Nonpriority Claims                     (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re __Beyond the Label, LLC__ ,     Case No. __13-15048-NVA__
                                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Phillip Simon 13305 Hlasek Lane Eden Prairie, MN 55346 | - | | | | | | | 392.82 |
| Account No. | | | | | | | | |
| Pitney Bowes Inc. P. O. Box 371896 Pittsburgh, PA 15250 | - | | | | | | | 32.69 |
| Account No. | | | | | | | | |
| Pitney Bowes Purchase Power P. O. Box 371874 Pittsburgh, PA 15250 | - | | | | | | | 78.65 |
| Account No. | | | | | | | | |
| Poems Art Publishing 4673 Cherry Street Salt Lake City, UT 84123 | - | | | | | | | 372.75 |
| Account No. | | | | | | | | |
| Presto Moulding 5 Diamond Avenue Bethel, CT 06801 | - | | | | | | | 2,846.70 |

Sheet no. __16__ of __20__ sheets attached to Schedule of                   Subtotal
Creditors Holding Unsecured Nonpriority Claims               (Total of this page)     3,723.61

B6F (Official Form 6F) (12/07) - Cont.

In re   **Beyond the Label, LLC**                                    ,        Case No.   __13-15048-NVA__
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **R. E. L. Enterprises Inc.** **1032 Panoramic Pointe** **Buford, GA 30518** | - | | | | | | | 171.45 |
| Account No. | | | | | | | | |
| **Redhead Labs LLC** **6914 S. Yorktown Avenue** **Suite 110** **Tulsa, OK 74136** | - | | | | | | | 1,925.00 |
| Account No. | | | | | | | | |
| **Reverdy Nicholson Jr.** **356 Boylston Street # 5301** **Elkhart, IN 46515** | - | | | | | | | 1,168.35 |
| Account No. | | | | | | | | |
| **Rob Reisman** **6478 S. Wind Circle** **Columbia, MD 21044** | - | | | | | | | 1,981.75 |
| Account No. | | | | | | | | |
| **Ronald Rampley** | - | | | | | | | 262.88 |

Sheet no. __17__ of __20__ sheets attached to Schedule of                           Subtotal
Creditors Holding Unsecured Nonpriority Claims                              (Total of this page)          **5,509.43**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Beyond the Label, LLC**                                          ,          Case No.   **13-15048-NVA**
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.  <br><br>**Sally Simerson Inc.**<br>**12528 James Pt.**<br>**Broomfield, CO 80020** | - | | | | | | 391.82 |
| Account No.  <br><br>**Solutions Source LLC**<br>**966 Grand Cove Road**<br>**Sunrise Beach, MO 65079** | - | | | | | | 895.61 |
| Account No.  <br><br>**Southern Saw Service Inc.**<br>**1918-22 Eastern Avenue**<br>**Baltimore, MD 21231** | - | | | | | | 568.50 |
| Account No.  <br><br>**Stewart Technologies Inc.**<br>**7061 Deepage Drive**<br>**Suite 104**<br>**Columbia, MD 21045** | - | | | | | | 3,513.75 |
| Account No.  <br><br>**Studio Moulding**<br>**1315 E. Watson Center Road**<br>**Carson, CA 90745** | - | | | | | | 450.30 |

Sheet no. __18__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          5,819.98

B6F (Official Form 6F) (12/07) - Cont.

In re **Beyond the Label, LLC** ,                    Case No. __13-15048-NVA__
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| The Galleria 515 U. S. Highway 27N Sebring, FL 33870 | - | | | | | | | 113.19 |
| Account No. | | | | | | | | |
| The Harrison Collection 7600 Energy Pky Curtis Bay, MD 21226 | - | | | | | | | 2,247.12 |
| Account No. | | | | | | | | |
| Third & Wall Art Group LLC 312 9th Avenue N Seattle, WA 98109 | - | | | | | | | 148.80 |
| Account No. | | | | | | | | |
| Uline 2200 S. Lakeside Drive Waukegan, IL 60085 | - | | | | | | | 752.02 |
| Account No. | | | | | | | | |
| Universal Framing Prod. 21139 Centre Pointe Pky Santa Clarita, CA 91350 | - | | | | | | | 3,620.78 |

Sheet no. __19__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                   6,881.91

B6F (Official Form 6F) (12/07) - Cont.

In re   **Beyond the Label, LLC**                                                    ,        Case No.   __13-15048-NVA__
_____
                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Verizon** <br> **P. O. Box 920041** <br> **Dallas, TX 75392** | - | | | | | | 892.98 |
| Account No. <br><br> **Virginia A. McArthur** <br> **1101 17th Street** <br> **Ste. 820 NW** <br> **Washington, DC 20036** | - | | | | | | 765.00 |
| Account No. <br><br> **Willetts Sales Associates** <br> **104 W. Village Way** <br> **Jupiter, FL 33458** | - | | | | | | 1,386.92 |
| Account No. <br><br> **WOA Enterprises Inc.** <br> **41329 Pine Tree Circle** <br> **Temecula, CA 92592** | - | | | | | | 537.16 |
| Account No. <br><br><br> | | | | | | | |

Sheet no. __20__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **3,582.06**

Total
(Report on Summary of Schedules)     **1,332,782.35**

B6G (Official Form 6G) (12/07)

In re  **Beyond the Label, LLC** _____,  Case No. ___**13-15048-NVA**_____
                                          Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Epic Art, LLC** | **Unfilled Purchase Orders Agreement for EA to fufill the unfilled purchase orders of the debtor and EA will pay the debtor 10% commission, to be effective 3/11/13** |
| **Epic Art, LLC** | **Image Licensing Agreement, whereby EA uses the art images of the debtor and pays the debtor a royalty of $2 for each image printed and sold, for a period of 6 months, commending 3/11/13** |
| **IHFC Properties, LLC**<br>**International Home Furnishings Center**<br>**210 E. Commerce Avenue**<br>**High Point, NC 27260** | **Lease agreement for space no. D224 in the International Home Furnishings Center for ther term beginning 11/1/08 and ending 10/31/13** |
| **Merritt-BR1, LLC**<br>**c/o Merritt Properties, LLC**<br>**2066 Lord Baltimore Drive**<br>**Baltimore, MD 21244** | **Lease dated 12/20/11 for 33,748 square feet located at 7600 Energy Parkway, Suite 107-114, Baltimore, MD 21226** |

**0**
____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

.

In re   **Beyond the Label, LLC**             ,     Case No.   **13-15048-NVA**
                          Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Michael Londner**<br>**38350 Sleepy Hollow Lane**<br>**Hamilton, VA 20158** | **Eagle Bank**<br>**7830 Old Georgetown Road**<br>**Bethesda, MD 20814** |
| **Michael Londner**<br>**38350 Sleepy Hollow Lane**<br>**Hamilton, VA 20158** | **Merritt-BR1, LLC**<br>**c/o Merritt Properties, LLC**<br>**2066 Lord Baltimore Drive**<br>**Baltimore, MD 21244** |
| **Michael Londner**<br>**38350 Sleepy Hollow Lane**<br>**Hamilton, VA 20158** | **Summit Financial Resources**<br>**2455 East Parleys Way, Suite 200**<br>**Salt Lake City, UT 84109** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## District of Maryland

In re    **Beyond the Label, LLC**                                      Case No.    **13-15048-NVA**
                                   Debtor(s)                            Chapter     **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Managing member of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**33**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **April 15, 2013**                         Signature    **/s/ Michael S. Londner**
                                                              **Michael S. Londner**
                                                              **Managing member**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§  152 and 3571.